

# United States District Court
## Eastern District of California

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**UNITED STATES OF AMERICA**

**FIRST AMENDED CRIMINAL COMPLAINT**

V.

**JOHNNY LEE SOLOMON**

**DOCKET NUMBER:**
6:16-mj-0094-MJS

I, legal officer Susan St. Vincent, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Johnny Lee Solomon, did violate:

**Count 1:** Operate a vehicle while under the influence of alcohol, or drugs, or any combination thereof, to a degree that renders the operator incapable of safe operation, in violation of Title 36 Code of Federal Regulations §4.23(a)(1).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Operate a vehicle with an alcohol concentration in blood or breath of 0.08 grams or more, in violation of Title 36 Code of Federal Regulations §4.23(a)(2).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 3:** Operating a vehicle at a speed in excess of the speed limit, in violation of Title 36 Code of Federal Regulations § 4.21(c)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 4:** Fail to provide evidence of financial responsibility for a vehicle, in violation of Title 36 Code of Federal Regulations §4.2(b); California Vehicle Code §16028 (a).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 5:** Driving recklessly upon a highway in willful or wanton disregard for the safety of persons or property where alcohol or drugs was a factor, in violation of Title 36 Code of Federal Regulations § 4.2, incorporating California Vehicle Code § 23103, pursuant to CVC § 23103.5
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

Speedy Trial Act Applies: **No**

U.S. v. Johnny Lee Solomon
First Amended Criminal Complaint

I further state I am the legal officer and this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On October 1, 2016 at approximately 8:24 p.m., while on patrol, Ranger Chad Andrews was monitoring traffic from a stationary position, across from the Wawona Store. He observed a vehicle approaching from behind, traveling southbound, at a rate of speed he estimated to be 40 mph in a 25 mph speed zone. His radar confirmed the vehicle's speed to be 40 mph. Ranger Andrews stopped the vehicle, a white Ford truck, near the Wawona Golf Course, and identified the driver as Johnny L. SOLOMON. Upon contact, Ranger Andrews observed SOLOMON looked tired and sleepy. In addition, Ranger Andrews observed SOLOMON'S eyes were bloodshot. SOLOMON provided Ranger Andrews with a driver's license and vehicle registration, but was unable to provide current proof of insurance for the vehicle. SOLOMON told Ranger Andrews that he had had two beers at the Majestic Hotel two hours earlier and then ate a large dinner buffet. Ranger Andrews began to smell the odor of an alcoholic beverage in the vehicle; however, SOLOMON told Ranger Andrews that there wasn't any alcohol in the vehicle. Ranger Andrews instructed SOLOMON to exit the vehicle in order to administer field sobriety tests. During the tests, Ranger Andrews observed several indicators of impairment, including a BAC of .113 and .122 on the preliminary breath test. While conducting the tests, Ranger Andrews could smell the odor of an alcoholic beverage on SOLOMON.

SOLOMON was placed under arrest and transported to the Yosemite Holding Facility where he SOLOMON submitted to a statutory evidentiary breath test. At 10:04 p.m. SOLOMON'S BAC registered .09.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

4/26/17
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

4/26/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

Speedy Trial Act Applies: **No**

U.S. v. Johnny Lee Solomon
First Amended Criminal Complaint