HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOHNNY LEE SOLOMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00094-MJS |
|---|---|
| Plaintiff, | **MOTION TO VACATE MARCH 20, 2018 REVIEW HEARING; ORDER** |
| vs. | |
| JOHNNY LEE SOLOMON, | |
| Defendant. | |

Defendant Johnny Lee Solomon hereby requests that the Court vacate the March 20, 2018 review hearing. The Government is in agreement with the request.

On April 26, 2017, the Court sentenced Mr. Solomon to 12 months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged violation of law. The Court also ordered Mr. Solomon to pay a $1000 fine and to complete the DMV Wet Reckless Program.

Mr. Solomon has paid off his fine, has completed his DMV course, and has had no new violations of law. Accordingly, Mr. Solomon respectfully requested that this Court vacate the March 20, 2018 review hearing.

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 14, 2018

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
JOHNNY LEE SOLOMON

## **O R D E R**

Based on the parties' joint representation that Mr. Solomon is in compliance with the conditions of his probation, the Court vacates the March 20, 2018 review hearing in Case No. 6:16-mj-00094-MJS.

IT IS SO ORDERED.

Dated: March 15, 2018

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE